Case 0:20-tp-60019-RS   Document 14 (Court only)   Entered on FLSD Docket 09/24/2021   Page 1 of 4
1:21-mi-06150-JEH   #1   Page 1 of 4   E-FILED
Friday, 01 October, 2021  03:51:47 PM
SD/FL PACTS No.: 113987
Clerk, U.S. District Court, ILCD
Page 1 of 1

PROB 19A

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 20-TP-60019-RS

U.S.A. vs. Lucious Lee Felder

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

| WARRANT FOR ARREST OF SUPERVISED RELEASEE |
|---|

You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the Court.

| NAME OF SUPERVISED RELEASEE<br>Lucious Lee Felder | SEX<br>Male | RACE<br>Black | AGE<br>31 |
|---|---|---|---|
| ADDRESS (STREET, CITY, STATE)<br>8290 Cleary Blvd Apt 2911, Plantation, Florida 33324 | | | |
| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT)<br>United States District Court- Southern District of Florida | | DATE IMPOSED<br>February 5, 2021 | |
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)<br>United States District Court- Southern District of Florida, Fort Lauderdale | | | |
| | | | |
| CLERK<br>Angela E. Noble | (BY) DEPUTY CLERK | DATE   September 24, 2021 | |

| RETURN |
|---|

| Warrant received and executed | DATE RECEIVED | DATE EXECUTED |
|---|---|---|
| EXECUTING AGENCY (NAME AND ADDRESS) | | |
| | | |
| NAME | (BY) | DATE |

[1]Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer," or "United States Marshal for the Southern District of Florida;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

PROB 12C
(SD/FL 3/05)

SD/FL PACTS No. 113987

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 20-TP-60019-RS

## PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender: Lucious Lee Felder

Name of Sentencing Judicial Officer: The Honorable Janet T. Neff, United States District Judge, Western District of Michigan

Name of Reassigned Judicial Officer: The Honorable Rodney Smith, United States District Judge, Fort Lauderdale Division

Date of Original Sentence: January 22, 2013

| | |
|---|---|
| Original Offense: | Count one: Conspiracy to Commit Identity Theft and Bank Fraud, in violation of 18 U.S.C. § 371, a Class D felony |
| Original Sentence: | Thirty (30) months in the custody of the Bureau of Prisons, to be followed by a three (3) year term of supervised release. The Court imposed the following special conditions: 1) substance abuse evaluation and/or treatment; 2) refrain from all use of alcoholic beverages; 3) provide the probation officer all access to financial information; 4) execute an IRS Form 8821 authorizing the disclosure of tax return information; 5) maintain full-time legitimate employment; if the defendant is unemployed after the first 60 days of supervision, or for 60 days after termination or lay-off from employment, the defendant shall perform at least 20 hours of community service; 6) perform 200 hours of community service, as directed by the probation officer; 7) earn a high school diploma or GED; and 8) not frequent any establishment where gambling is conducted, legally or illegally, and shall not participate in gambling in any form. The Court further ordered the defendant to pay a $100.00 special assessment and restitution in the amount of $59,343.00 to be paid in minimum installments of $100.00, to commence 60 days after release from imprisonment. |
| | **February 5, 2021**: The defendant's term of supervised release was revoked, and the defendant was sentenced to a new thirty (30) month term of supervised release to include ninety (90) day of Home Confinement with Electronic Monitoring and maintain gainful employment. All previously entered conditions of supervision remained in full force and effect. |

Type of Supervision: Supervised Release    Date Supervision Commenced: February 5, 2021

PROB 12C
(SD/FL 3/05)

SD/FL PACTS No. 113987

## PETITIONING THE COURT

☒     To issue a warrant
☐     To issue a summons
☐     The conditions of supervision should be modified as follows:

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Standard Condition**, by leaving the judicial district without first securing permission of the probation officer. On or about September 22, 2021, the defendant traveled to McLean County, Illinois, without first securing the permission of the probation officer, as evidenced by statements provided by Sargent McCormick with the McLean County Sheriff's Office advising the defendant is currently in custody of the McLean County Jail. |
| 2. | **Violation of a Mandatory Condition**, by failing to refrain from violation of the law. On or about September 22, 2021 in McLean County, Illinois the defendant did commit possession/theft stolen property/firearm, a Class 4 Felony. |
| 3. | **Violation of Standard Condition**, by failing to answer truthfully all inquiries by the probation officer. On September 22, 2021, the defendant was contacted via telephone and questioned as to his whereabouts so a field visit could be conducted. The defendant advised he was currently in the Florida Keys snapper fishing, when in fact, evidence and statements made by Sargent McCormick with the McLean County Sheriff's Office in McLean, Illinois indicate this to be false. |
| 4. | **Violation of Standard Condition**, by failing to satisfy the court-ordered restitution. On January 22, 2013, restitution in the amount of $59,343.00 was ordered by the Court and the defendant has failed to satisfy this financial obligation as ordered (or instructed). To date, the defendant failed to submit payments for the months of May 2021, June 2021, July 2021 and August 2021; and is currently $400.00 in arrears. |
| 5. | **Violation of Standard Condition**, by failing to notify the probation office of a change in employment. On of about February 2021, the defendant left employment with EmpHire Staffing Agency and he failed to notify the probation office. |
| 6. | **Violation of Standard Condition**, by failing to submit a truthful and complete written monthly report. The defendant's March 2021, April 2021, May 2021, June 2021 and July 2021 Monthly Supervision Reports contained false information regarding his place of employment wherein he indicated he |

PROB 12C                                                    SD/FL PACTS No.  113987
(SD/FL 3/05)

was employed with EmpHire Staffing when in fact, evidence and statements from Angie with EmpHire Staffing indicate this to be false.

7.                      **Violation of Special Condition**, by failing to perform community service hours as directed.   On February 23, 2021, the defendant executed a community service agreement to begin performing 15 community service hours per month at the Poverello Center, Wilton Manors, Florida, and to date he has failed to comply with this agreement and is currently 75 hours delinquent.

United States Probation Officer Recommendation:

The term of supervision should be
☒    revoked.
☐    extended for _____ years, for a total term of _____ years.
☐    The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 24, 2021

Holly Harrison
United States Probation Officer                     ꟻ.
Office: (954) 769-5576
Cellular: (305) 546-5100

THE COURT ORDERS:

☐    No Action
☒    The Issuance of a Warrant
☐    The Issuance of a Summons
☐    The Modification of Conditions as Noted Above

_____
                                    Signature of Judicial Officer

September 24, 2021
_____
                                    Date